UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INS. CO.,<br><br>       Plaintiff,<br><br>vs.<br><br>UNITED STATES POSTAL SERVICE, a Government entity,<br><br>       Defendant. | NO: 4:19-CV-5220-TOR<br><br>ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is Plaintiff's Notice of Dismissal. ECF No. 5. Because Defendant has neither filed an answer nor moved for summary judgment, Plaintiff has an absolute right to voluntarily dismiss this case. Fed. R. Civ. P. 41(a)(1)(A)(i). Here, Plaintiff moves to dismiss this matter with prejudice and without fees and costs to either party. ECF No. 5.

//

//

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

This action is **DISMISSED** with prejudice and without fees or costs to either party.

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to counsel, and **CLOSE** the file.

**DATED** December 6, 2019.



*/s/ Thomas O. Rice*
THOMAS O. RICE
Chief United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2