# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INS. CO, | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.  4:19-CV-5220-TOR |
| | ) |
| | ) |
| UNITED STATES POSTAL SERVICE, | ) |
| *Defendant* | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❒  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ _____ recover costs from the plaintiff *(name)* _____ _____ .

☑  other:  The action is DISMISSED with prejudice and without fees or costs to either party.

This action was *(check one)*:

❒  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❒  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge  Thomas O. Rice _____ on Plaintiff's Notice of Dismissal ECF No. 5.

Date:  December 6, 2019 _____

CLERK OF COURT

SEAN F. McAVOY
_____

s/ Linda L. Hansen
_____
*(By) Deputy Clerk*

Linda L. Hansen
_____